**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| ELECTRONIC PRIVACY INFORMATION CENTER<br><br>　　Plaintiff,<br><br>　　v.<br><br>NATIONAL SECURITY COMMISSION ON ARTIFICIAL INTELLIGENCE, et al.<br><br>　　Defendants. | Civ. Action No. 19-2906 |

**AFFIDAVIT OF SERVICE**

I, John L. Davisson, hereby state that:

On October 2, 2019, I caused to be served by hand a copy of the summons and complaint in the above-captioned matter on the United States Attorney for the District of Columbia at 501 Third Street NW, Washington, D.C. 20001. Service upon the United States Attorney for the District of Columbia was accepted by paralegal Aiesha Bynum on October 2, 2019, at 4:06 p.m.

I declare under penalty of perjury that the foregoing is true and correct.

Oct. 3, 2019

Date

*[signature]*

Signature