CO 249
Rev. 2/2010

# UNITED STATES DISTRICT AND BANKRUPTCY COURTS
# FOR THE DISTRICT OF COLUMBIA

Electronic Privacy Information Center
    Plaintiff(s)

vs.

Civil Action No. 19-2906-TNM

Nat'l Sec. Comm'n on Artificial Int., et al.
    Defendant(s)

## AFFIDAVIT OF MAILING

I, John L. Davisson, hereby state that: On the 2nd day of October, 2019, I caused to be deposited in the United States Mail a copy of the summons and complaint in the above captioned case, postage prepaid, return receipt requested, restricted delivery, addressed to the following defendant:

> ATTORNEY GENERAL OF THE UNITED STATES
> 950 Pennsylvania Ave NW
> Washington, DC 20530

I have received the receipt for the certified mail, No. 70191120000138318029 (attached hereto), indicating that delivery of the summons and complaint was made upon said defendant on the 4th day of October, 2019.

I declare under penalty of perjury that the foregoing is true and correct.

10/9/19                             s/ John L. Davisson

(Date)                                (Signature)

# U.S. Postal Service™
# CERTIFIED MAIL® RECEIPT
Domestic Mail Only

For delivery information, visit our website at *www.usps.com®*.

WASHINGTON, DC 20530   OFFICIAL USE

| Certified Mail Fee | $3.50 |
|---|---|
| $ | $0.00 |

Extra Services & Fees *(check box, add fee as appropriate)*
☐ Return Receipt (hardcopy)         $ $0.00
☐ Return Receipt (electronic)       $ $0.00
☐ Certified Mail Restricted Delivery $ $0.00
☐ Adult Signature Required          $ $0.00
☐ Adult Signature Restricted Delivery $

Postage  $7.85

Total Postage and Fees  $11.35

Postmark Here: 1921 FLORIDA AVE / OCT 02 2019 / USPS TEMPLE HEIGHTS POST OFFICE / 0277 60005

Sent To: ATTORNEY GENERAL OF THE UNITED STATES
Street and Apt. No., or PO Box No.: 950 PENNSYLVANIA AVE NW
City, State, ZIP+4®: WASHINGTON, DC 20530

PS Form 3800, April 2015 PSN 7530-02-000-9047   See Reverse for Instructions

7017 0220 0001 7001 4829 5049

# USPS Tracking®

FAQs >

**Track Another Package +**

**Tracking Number:** 70191120000138318029     Remove ✕

Your item was delivered at 5:44 am on October 4, 2019 in WASHINGTON, DC 20530.

## ⊘ Delivered

October 4, 2019 at 5:44 am
Delivered
WASHINGTON, DC 20530

Get Updates ⌄

Feedback

---

**Text & Email Updates**     ⌄

---

**Tracking History**     ⌃

**October 4, 2019, 5:44 am**
Delivered
WASHINGTON, DC 20530
Your item was delivered at 5:44 am on October 4, 2019 in WASHINGTON, DC 20530.

**October 3, 2019, 12:01 pm**
Available for Pickup
WASHINGTON, DC 20530

**October 3, 2019, 11:41 am**
Arrived at Unit
WASHINGTON, DC 20018

**October 2, 2019, 9:55 pm**
Arrived at USPS Regional Facility
WASHINGTON DC NETWORK DISTRIBUTION CENTER

**October 2, 2019, 1:39 pm**
USPS in possession of item
WASHINGTON, DC 20009

**Product Information** ⌄

See Less ⌃

## Can't find what you're looking for?

Go to our FAQs section to find answers to your tracking questions.

**FAQs**

Feedback