# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ELECTRONIC PRIVACY INFORMATION CENTER ) ) ) *Plaintiff*, ) ) v. ) ) NATIONAL SECURITY COMMISSION ON ) ARTIFICIAL INTELLIGENCE, *et al.* ) ) *Defendants*. ) | Case No. 19-cv-02906-TNM  Judge Trevor N. McFadden |

## DEFENDANTS' MOTION TO DISMISS FOIA CLAIMS

Pursuant to Federal Rule of Civil Procedure 12(b)(6), Defendants National Security Commission on Artificial Intelligence and United States Department of Defense respectfully move to dismiss all claims in the Complaint against the Commission brought pursuant to the Freedom of Information Act, 5 U.S.C. § 552, and the challenge to the Department's denial of Plaintiff's request for expedited processing of its Freedom of Information Act request.[1]  The reasons for this motion are set forth in the accompanying Memorandum of Points and Authorities in Support of Defendant's Motion to Dismiss the Amended Complaint.  A proposed order is filed herewith.

Dated:  October 31, 2019

Respectfully submitted,

JOSEPH H. HUNT
Assistant Attorney General

ELIZABETH J. SHAPIRO
Deputy Director, Federal Programs Branch

/s/ *Gary D. Feldon*
GARY D. FELDON
Trial Attorney

---

[1] Defendants are separately answering Plaintiff's Count VIII alleging unlawful withholding of agency records.  Defendants responses to Plaintiffs' remaining claims are not yet due, and Defendants will address them separately when responses are required.

United States Department of Justice
Civil Division, Federal Programs Branch
*Via Special Delivery*: 1100 L St. NW, Room 11104
Washington, DC 20005
*Via Mail*: P.O. Box 883, Washington, DC 20044
Tel: (202) 514-4686
Fax: (202) 616-8460
E-mail: gary.d.feldon@usdoj.gov

*Attorneys for Defendant*