IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ELECTRONIC PRIVACY INFORMATION CENTER )<br>)<br>)   *Plaintiff*, )<br>)<br>v. )<br>)<br>NATIONAL SECURITY COMMISSION ON )<br>ARTIFICIAL INTELLIGENCE, *et al.* )<br>)<br>   *Defendants*. ) | Case No. 19-cv-02906-TNM<br><br>Judge Trevor N. McFadden |

## **DEFENDANTS' MOTION TO DISMISS FACA CLAIMS**

Pursuant to Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6), Defendants National Security Commission on Artificial Intelligence, Eric Schmidt in his official capacity as Chairman of the National Security Commission on Artificial Intelligence, and Ylli Bajraktari in his official capacity as Executive Director of the National Security Commission on Artificial Intelligence respectfully move to dismiss Counts I through V of the Complaint for Injunctive, Mandamus, and Declaratory Relief.  The reasons for this motion are set forth in the accompanying Memorandum of Points and Authorities in Support of Defendants' Motion to Dismiss FACA Claims.  A proposed order is filed herewith.

Dated:  January 31, 2020

Respectfully submitted,

JOSEPH H. HUNT
Assistant Attorney General

ELIZABETH J. SHAPIRO
Deputy Director, Federal Programs Branch

/s/ *Gary D. Feldon*
GARY D. FELDON
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
*Via Special Delivery*: 1100 L St. NW, Room 11104

Washington, DC 20005
*Via Mail*: P.O. Box 883, Washington, DC 20044
Tel: (202) 514-4686
Fax: (202) 616-8460
E-mail: gary.d.feldon@usdoj.gov

*Attorneys for Defendant*