UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ELECTRONIC PRIVACY
INFORMATION CENTER,

Plaintiff,

v.

NATIONAL SECURITY COMMISSION
ON ARTIFICIAL INTELLIGENCE, *et al.*,

Defendants.

Case No. 1:19-cv-02906 (TNM)

## ORDER

Upon consideration of the parties' motions, together with the pleadings, relevant law, related legal memoranda, and entire record, for the reasons set forth in the accompanying Memorandum Opinion, it is hereby

**ORDERED** that the Defendants' [28] Partial Motion to Dismiss is GRANTED IN PART.  Counts II, III, and V of the Plaintiff's [1] Complaint are DISMISSED; it is further

**ORDERED** that the Plaintiff's [31] Motion for Partial Summary Judgment is GRANTED IN PART.  The Court grants summary judgment for the Plaintiff on Counts I and IV of the [1] Complaint; it is further

**ORDERED** that writs of mandamus hereby issue to the National Security Commission on Artificial Intelligence and its officers in accordance with the accompanying Memorandum Opinion.  Under section 10 of the Federal Advisory Committee Act, the Commission and its officers must provide timely notice of its meetings, open them to the public, and make its records available for public inspection and copying; and it is further

2

**ORDERED** that a declaratory judgment is entered establishing that the Commission has a duty under the Federal Advisory Committee Act to provide timely notice of its meetings, to open them to the public, and to make its records available for public inspection and copying.

**SO ORDERED**.

Dated: June 1, 2020

TREVOR N. McFADDEN
United States District Judge